NO. 07-01-0116-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 21, 2002

_____

JIMMIE P. SETTLER, ET AL., APPELLANT

V.

LUBBOCK CENTRAL APPRAISAL DISTRICT, APPELLEE

_____

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 90-728-964; HONORABLE CECIL G. PURYEAR, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Jimmie P. Settler, *et al.*, proceeding *pro se*, filed a notice of appeal from the trial court's judgment that Lubbock Central Appraisal District recover delinquent taxes. Both the clerk's record and reporter's record have been filed. By letter dated November 15, 2001, this Court notified Settler that the brief was past due and that failure to reasonably explain the reasons therefor could result in dismissal. On November 27, 2001, appellant's brief was received. However, it did not comply with the requirement of the

Texas Rules of Appellate Procedure.  This prompted the Court to return the brief unfiled and direct Settler to file a brief in compliance with the rules within 25 days of November 30, 2001.  Settler did not respond and the brief remains outstanding.

Accordingly, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1) and 42.3(b) and (c).

Don H. Reavis
Justice

Do not publish.